| AD-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Wilson, William R. Jr. | 2. Court or Organization U.S. District Court | 3. Date of Report 8/10/93 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Nominee | 5. Report Type (check appropriate type) X Nomination, Date 8/6/93 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/92 through 8/10/93 |
| 7. Chambers or Office Address U.S. Post Office & Courthouse 600 West Capitol Avenue Little Rock, Arkansas 72201 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Principal | Wm. R. Wilson, Jr., P.A. which is a partner of Wilson, Engstrom, Corum & Dudley |
| Board of Directors | American Board of Trial Advocates |
| Board of Directors | Arkansas School for the Deaf & Blind |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | SEE ATTACHED |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 2/28/92 | Pope County Farm | $ 178.00 |
| 1/1/92-12/31/92 | Wm. R. Wilson, Jr., P.A. | $255,000.00 |
| 1/1/93-8/10/93 | Wm. R. Wilson, Jr., P.A. | $ None* |
| 7/15/92-8/10/93 | 809 Realty Partnership | $ 6,662.50 |

*BEGINNING BALANCE WAS $65,497.10 ON 12/2/92. TAXES WERE PAID ON 12/2/92. CURRENT ACCOUNTS RECEIVABLE BALANCE IS $24,880.92.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | William R. Wilson, Jr. | 6/10/93 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Include those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| **X** NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **X** NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Northen Bank & Trust | Line of credit for Wm. R. Wilson, Jr., P.A. | K |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

| Name of Person Reporting | Date of Report |
|---|---|
| William R. Wilson, Jr. | 8/10/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 15-27 of instructions.)

| Description of Assets | Income Gain Code (1) | Type (2) | Value Code (1) | Value Method (2) | Transactions during reporting period (1) Type | (2) Date Mo-Day | (3) Value Code | (4) Gain Code | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Gold Coins | none | none | K | W | Buy | 5/92 | K | none | Stephens, Inc. |
| Pope County Farm in | A | int. | K | Q | none | N/A | N/A | N/A | N/A |
| Pope County, Arkansas north of Atkins, Arkansas | | | | | | | | | |
| Stocks: | | | | | | | | | |
| Acxiom Corp. | none | div | J | T | none | N/A | N/A | N/A | Stephens, Inc. |
| Alltel Corp. | A | div | K | T | Buy | 5/92 | J | B | Stephens, Inc. |
| Beverly Enterprises | none | div | J | T | Buy | 5/92 | J | B | Stephens, Inc. |
| J. B. Hunt | A | div | J | T | Buy | 5/92 | J | none | Stephens, Inc. |
| Tyson Foods, Inc. | A | div | J | T | Buy | 5/92 | J | A | Stephens, Inc. |
| Wal-Mart | A | div | J | T | Buy | 5/92 | J | none | Stephens, Inc. |
| Worthen Banking Corp | A | div | J | T | Buy | 5/92 | J | C | Stephens, Inc. |
| Helena AR Water Bonds | B | int | K | T | Buy | 6/92 | K | A | Stephens, Inc. |
| Russellville, AR Water System | B | int | K | T | Buy | 7/92 | K | A | Stephens, Inc. |
| Waldron, AR Sales & Use | A | int | J | T | Buy | 2/92 | J | A | Stephens, Inc. |
| Waldron, AR Sales & Use | B | int | K | T | Buy | 7/92 | K | D | Stephens, Inc. |
| Automated Government Money | A | div | J | T | None | N/A | N/A | N/A | Stephens, Inc. |
| Arkadelphia, AR Public Trust Facility Bonds | D | div | J | T | redemption | 12/92 | J | A | Stephens, Inc. |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to $5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes: J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   N=$100,001 to $250,000
(See Col. C1 & D3)   M=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | William R. Wilson, Jr. | 8/10/93 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS:

Pope County Farm          Appraisal Date: May 28, 1982

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _William R. Wilson Jr._       Date _B-10-93_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

Name of Person Reporting      Date of Report

Wm. R. Wilson, Jr.         8/10/93


## II. AGREEMENTS

There are several cases in which I am involved for the firm of Wilson, Engstrom, Corum & Dudley. I will receive fees from these cases after the partnership is dissolved. Virtually all of these cases are personal injury or business cases where the firm represents the plaintiff on a contingency fee basis. My partners and I have tentatively agreed that I will receive one-third of the cases that are "assigned" to me currently.

Unless prohibited by law or rule I plan to remain a member of the Wilson, Engstrom, Corum & Dudley Profit Sharing Plan. I will make no more contributions if I am appointed to the Bench.

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debt: mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 14 | 792 | 07 | Notes payable to banks—secured | | 3500 | 00 |
| U.S. Government securities—add schedule | 145 | 523 | 55 | Notes payable to banks—unsecured | | 33600 | 00 |
| Listed securities—add schedule | | -0- | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | -0- | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 600 | 00 | Unpaid income tax | | | |
| Due from others | | -0- | | Other unpaid tax and interest | | | |
| Doubtful | | -0- | | Real estate mortgages payable—add schedule | | 100000 | 00 |
| Real estate owned—add schedule | 141 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 138 | 500 | 00 | | | | |
| Autos and other personal property | 34 | 000 | 00 | Other debts—itemize: | | | |
| Cash value—life insurance | 11 | 000 | 00 | | | | |
| Other assets—itemize: | | | | GMAC | | 2144 | 00 |
| American Gold Coins | 25 | 000 | 00 | | | | |
| Stephens - Retirement Plan | 197 | 950 | 00 | Total liabilities | | 139244 | 00 |
| | | | | Net worth | | 569301 | 62 |
| Total assets | 708 | 545 | 62 | Total liabilities and net worth | | 708545 | 62 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | none | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | none | | | | | | |
| Legal Claims | none | | | Are you defendant in any suits or legal actions? | Yes | | |
| Provision for Federal Income Tax | none | | | | | | |
| Other special debt | none | | | Have you ever taken bankruptcy? | No | | |

*Wm. R. Wilson, Jr., P.A. *Line of* Credit